**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE<br><br>**GRAND JURY INVESTIGATION** | Mag. J. No. 18-125-N<br>**FILED UNDER SEAL** |

**ORDER**

This matter is before the Court on the United States' Motion to Substitute Redacted Copies of certain documents, specifically, the application and order for tax returns and return information. The Court, after having considered the motion and finding that the best interests of this case will be served by permitted the substitution of redacted copies of the same for unsealing, ORDERS that the application and order in the above-captioned matter be redacted by the United States within a reasonable time after the Court's Order on the application is entered, and that the redacted documents will then be unsealed.

The Clerk is DIRECTED to unseal the case upon receipt of the redacted documents without further order of the Court.

DONE AND ORDERED this _____ day of October, 2018.

 

_____
HON. KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE